**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Earl WEBSTER, Defendant–Appellant.**

**No. 07–60297**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 16, 2008.

Curtis Ivy, Assistant U.S. Attorney, Oxford, MS, for Plaintiff–Appellee.

Earl Webster, Oxford, MS, pro se.

---

Before PRADO, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Earl Webster has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Webster has filed responses. Our independent review of the record, counsel's brief, and Webster's responses discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Webster's motion for appointment of counsel is DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

